**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 02-6689**

————————

MALCOLM MAXWELL RYIDU, a/k/a Richard E. Janey,

Plaintiff - Appellant,

versus

DAVID LANCASTER, Officer; KRAUSS, Officer,

Defendants - Appellees,

and

WESTERN CORRECTIONAL INSTITUTION; JON P.
GALLEY, Warden; SHAFFER, Correctional Officer,
II; UNKNOWN OFFICERS OF THE DIVISION OF
CORRECTION, identified in statement; OFFICER
WHITE; OFFICER FARRIS,

Defendants.

————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Alexander Harvey II, Senior District Judge.
(CA-01-2950-H)

————————

Submitted:  July 18, 2002                 Decided:  July 24, 2002

————————

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

————————

Affirmed by unpublished per curiam opinion.

————————

Malcolm Maxwell Ryidu, Appellant Pro Se.  John Joseph Curran, Jr., Attorney General, Gloria Wilson Shelton, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Malcolm Maxwell Ryidu appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2002) complaint.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  Ryidu v. Lancaster, No. CA-01-2950-H (D. Md. Apr. 9, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED